RECEIVED
U.S. Marshals Service
JUN 2 9 2020
Southern District of Illinois
E. St. Louis, IL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) CRIMINAL NO. 20-mj-7134-MAB
vs. )
)
PHILIP M. REIS, )
)
Defendant. )
)

### WARRANT FOR ARREST

TO:   The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest PHILIP M. REIS, and bring him forthwith to the nearest Magistrate Judge to answer a complaint charging him with Attempted Enticement of A Minor, in violation of Title 18, United States Code, Sections 2422(b).

MARK A. BEATTY
Name of Issuing Officer

[signature]
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

June 27, 2020
Date and Location:

_____
(By) Deputy Clerk

Bail fixed at $_____  by   MArk A BeAtty
Name of Judicial Officer

Warrant issued - 6/27/20
Warrant rec'd - 6/29/20
Arrested 6/27/20 - Madison, IL
By FBI S/A Jacob Frechette
for: W. Winston 6/29/20

2025-0629-1269-J